NATIONAL SURETY COMPANY, Appellant, *v.* PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Respondent and Appellant, and THE BANK OF AMERICA, Respondent.

(Submitted January 6, 1930; decided January 14, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 252 N. Y. 247.)

SAMUEL KLEINBERG et al., Respondents, *v.* MORRIS RATETT, Appellant.

(Submitted January 6, 1930; decided January 14, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 252 N. Y. 236.)

LLOYDS FIRST MORTGAGE CORPORATION, Respondent, *v.* HURTJAM REALTY CORPORATION et al., Defendants, and GREATER NEW YORK EXPORT HOUSE, INC., Appellant.

(Submitted January 6, 1930; decided January 14, 1930.)

*Joseph A. Seidman* for motion.
*Robert Aronstein* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.